UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROMEO GUERRERO A. SOMBILLO, JR.** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-1157-BAJ-SDJ** |
| **K. JORDAN, ET AL.** | |

## ORDER

Considering Petitioner's Motions for Leave to Proceed *In Forma Pauperis* in the above-captioned proceeding (R. Docs. 2 and 4),

**IT IS ORDERED** that Petitioner's Motions (R. Docs. 2 and 4) are **GRANTED**, and Petitioner may proceed without prepayment of costs or fees and without the necessity of giving security therefor.

Signed in Baton Rouge, Louisiana, on January 20, 2026.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**